# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

IN RE:

Case No.
Chapter:

Verabank, N.A.  
Plaintiff

Adversary No. 25-06006 jps

vs.

P4 Executive Investments LLC  
Defendant

TWS Service Corporation  
Defendant

Micheal Pearson  
Defendant

Capital Wholesale Group, LLC  
Defendant

Kelsey Pearson  
Defendant

Thomas Martin  
Defendant

M&S Executive Enterprises, LLC  
Defendant

Car Giant of Texas, LLC  
Defendant

Arcadia Motors, LLC  
Defendant

Claiborne Automotive Group, LLC  
Defendant

Tommy's Wholesale Auto LLC  
Defendant

**CASE TRANSFER LETTER**

Dear Clerk:

Pursuant to the Court's transfer order entered October 6, 2025, please find enclosed a PDF of the order to transfer.

The docket sheet, claims register, and all other electronic pleadings may be obtained utilizing the PACER system.

**Please return this letter via email to acknowledge receipt of the transfer.**

Dated: 10/24/2025

        Sincerely,
        Jason K. McDonald, Clerk

        By:/s/Vicki Hand
        Deputy Clerk

I acknowledge receipt of the above referenced material or record and certify that it was filed in this court _____.

    Name: _____

    Signature: _____

    New Case Number: _____